[No. 60894-1-I. Division One. July 21, 2008.]

KAHNE AND KAHNE PROPERTIES, LLC, *Appellant*, v. CHARLES G. BROWN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-17071-7, Laura C. Inveen, J., entered October 11, 2007. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler, C.J., and Cox, J.

[No. 60933-5-I. Division One. July 21, 2008.]

DA JUANA MICKEY WILSON, *Appellant*, v. THE CITY OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-18469-6, Joan E. DuBuque, J., entered November 5, 2007. *Affirmed* by unpublished per curiam opinion. Now published at 146 Wn. App. 737.

[No. 61695-1-I. Division One. July 21, 2008.]

BRUCE L. MELKONIAN, *Appellant*, v. THEODORE MAHONEY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-2-01857-7, Barbara D. Johnson, J., entered October 10, 2007. *Affirmed* by unpublished per curiam opinion.